I agree with those portions of the majority's opinion affirming the trial court's judgment in favor of the hospital and reversing and remanding the cause for the trial court to enter a lower award of compensatory damages. However, I disagree that the $50,000 award of punitive damages should be affirmed; therefore, I respectfully dissent from that part of the majority's opinion affirming the award of punitive damages.
In this case, one health-care provider — the hospital — sued another health-care provider — the nursing home — in a dispute over who had to take the responsibility for the care of a senile, elderly Medicare patient. Both facilities received Medicare payments for the time each kept the patient. I do not believe that one health-care provider can so defraud another health-care provider so as to merit punitive damages when both facilities are receiving Medicare payments for the care of the patient.
Because I do not believe that punitive damages should have been awarded in this case, I must respectfully dissent from that portion of the majority opinion upholding the award of punitive damages. *Page 795